

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD 0408-07

**DANIEL LAYTON, Appellant**

**v.**

**THE STATE OF TEXAS**

ON DISCRETIONARY REVIEW OF CASE 01-05-00950-CR
OF THE FIRST COURT OF APPEALS,
HARRIS COUNTY

*WOMACK, J., filed a dissenting opinion.*

I would hold that the appellant's statements that he had taken Valium and that it was probably not a good idea to have been drinking "on top" of it were admissible. They were not scientific evidence, and the Rule 702 gatekeeping requirements should not exclude them.

I would affirm the judgment of the Court of Appeals.

En Banc.
Delivered: February 4, 2009.
Publish.